UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OLUKEMI AKANJI,<br> PLAINTIFF | :<br>:<br>:<br>: |
| v. | :  C.A. NO. 14-320-JJM-LDA<br>: |
| LIFESPAN CORPORATION & RHODE<br>ISLAND HOSPITAL,<br> DEFENDANTS | :<br>:<br>: |

ORDER ON DISBURSEMENT OF JUDGMENT TO PLAINTIFF OLUKEMI AKANJI

 The parties requested the Honorable John McConnell issue an order specifying the manner in which the Offer of Judgment to Plaintiff Olukemi Akanji ("Akanji") in the amount of $200,000 should be disbursed. After consideration of this issue, it is hereby:

ORDERED, ADJUDGED, AND DECREED

1. Defendants shall disburse $120,000 to Akanji no later than thirty (30) days from the date of the entry of this order, which represents compensation for emotional pain and suffering for which Defendants shall issue to Akanji a 2019 1099 IRS tax form.

2. Defendants shall disburse $55,000 to Mark P. Gagliardi, Esq. no later than thirty (30) days from the date of the entry of this order, which represents compensation for attorneys' fees for which Defendants shall issue to Gagliardi a 2019 1099 IRS tax form.

3. Defendants shall disburse $25,000 to Stephen T. Fanning, Esq. no later than thirty (30) days from the date of the entry of this order, which represents compensation for attorneys' fees in full and complete satisfaction of his attorneys' lien in this matter only for which Defendants shall issue to Fanning a 2019 1099 IRS tax form.

_____
McConnell, J.

PER ORDER:

_____
Barbara Barletta
Clerk